# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

IN RE:   KENNETH ALAN PAXTON, II        CASE NO: 2:22-mj-00157

## SEALED ORDER

The Court finds that Mr. Paxton qualifies for court-appointed counsel, based upon the financial affidavit submitted.   Accordingly, it is hereby **ORDERED** that the Office of the Federal Public Defender shall represent Mr. Paxton in this matter.

The Clerk is directed to forward copies of this Sealed Order to the targeted individual, the CJA Supervising Attorney, and counsel of record.

**ENTER:**   October 13, 2022

Dwane L. Tinsley
United States Magistrate Judge