

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:23-cr-00154
18 U.S.C. § 922(a)(1)
18 U.S.C. § 923(a)
18 U.S.C. § 924(a)(1)(D)

**KENNETH ALAN PAXTON II**

## I N F O R M A T I O N

The United States Attorney charges:

From on or about September 18, 2018, and continuing to on or about August 3, 2022, at or near Walton, Roane County, West Virginia, in the Southern District of West Virginia, defendant, KENNETH ALAN PAXTON II, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

WILLIAM S. THOMPSON
United States Attorney

By: _____
ALEXANDER REDMON
Assistant United States Attorney